IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEMERKHET SANKH HOTEP | ) | |
| | ) | |
| V. | ) | 3-07-CV-065-K |
| | ) | |
| UNITED STATES, et al., | ) | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. On March 15, 2007, Plaintiff filed a Notice to the Court Change of Address to which the Findings Conclusions and Recommendations of the United States Magistrate Judge filed on April 24, 2007, were sent. On May 1, 2007, the Court received the Findings returned as undeliverable. Therefore, no objections have been filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 7th day of May, 2007.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE